IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ATRAVIUS SMITH,              )
                             )
    Petitioner,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:21cv271-MHT
                             )           (WO)
UNITED STATES OF AMERICA,    )
                             )
    Respondent.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 10) is adopted.

(2) Petitioner's 28 U.S.C. § 2255 motion (Doc. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of August, 2024.

                            /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE